IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,	No. CIV S-06-1413-MCE-CMK-P

    Plaintiff,

  vs.	ORDER

RUNNELS, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's complaint (Doc. 1). The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a).

    The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).[1] If the allegations are proven, plaintiff has a reasonable

---

[1] The court notes that, according to plaintiff's complaint, plaintiff has not exhausted his administrative remedies. Specifically, he states that he is awaiting the final level response. Thus, this case may be premature. However, because exhaustion is not a jurisdictional requirement for bringing suit, see Rumbles v. Hill, 182 F.3d 1064, 1070 (9th Cir. 1999), and because failure to exhaust is an affirmative defense which can only be raised by

1

1 opportunity to prevail on the merits of this action.  The court, therefore, finds that service is
2 appropriate and will direct service by the U.S. Marshal without pre-payment of costs.  Plaintiff is
3 informed, however, that this action cannot proceed further until plaintiff complies with this
4 order.  Plaintiff is warned that failure to comply with this order may result in dismissal of the
5 action.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendant(s):

    SCHWARZENEGGER, and

    LESLIE;

2. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the complaint; and

3. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. Two completed USM-285 form(s); and

    d. Three copies of the endorsed complaint.

DATED: October 4, 2006.

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

defendants, see Wyatt v. Terhune, 280 F.3d 1238, 1245-46 (9th Cir. 2002), dismissal at this time for failure to exhaust is not appropriate.

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

HARVEY EUGENE LARSON,                    No. CIV S-06-1413-MCE-CMK-P
       Plaintiff,
  vs.
RUNNELS, et al.,
       Defendants.
                                    /

NOTICE OF SUBMISSION OF DOCUMENTS

Plaintiff hereby submits the following documents in compliance with the court's order:

    __1__      completed summons form;
   ____      completed USM-285 form(s); and
   ____      copies of the complaint.

DATED: _____             _____
                                                              Plaintiff