1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HARVEY EUGENE LARSON,                  No. CIV S-06-1413-MCE-CMK-P

12              Plaintiff,

13       vs.                                ORDER

14   RUNNELS, et al.,

15              Defendants.

16   _____/

17          Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief

18   pursuant to 42 U.S.C. § 1983.  Pending before the court are the following:  (1) plaintiff's third

19   motion for leave to further amend the complaint (Doc. 19); (2) plaintiff's motion for default

20   judgment against unserved defendant Leslie (Doc. 25); and (3) defendants' request for statutory

21   screening (Doc. 23).  Also before the court are two proposed amended complaints (Docs. 20 and

22   24).

23          In his motion for leave to further amend the complaint (Doc. 19), plaintiff asserts

24   that new defendants – Warden McDonald and Associate Warden Faulkner – enforce a no-

25   smoking policy.  It appears that the basis of plaintiff's claim against these defendants is that, by

26   enforcing a no-smoking and no-tobacco policy in the prison, they are acting with deliberate

1

1  indifference to plaintiff's smoking habit.  This amendment is not necessary.  In the first amended

2  complaint, upon which this action currently proceeds, plaintiff has named the supervisory

3  defendants allegedly responsible for the no-smoking policy.  Therefore, the addition of other

4  supervisory defendants does not advance plaintiff's case.  In other words, the proposed

5  amendment is duplicative of claims already asserted in the first amended complaint.  Plaintiff's

6  motion for leave to further amend the complaint will be denied.  The proposed amended

7  complaints (Docs. 20 and 24), filed on March 26, 2007, and April 20, 2007, respectively, will be

8  stricken.  This action proceeds on the first amended complaint filed on October 30. 2006.

9        Because the court is not allowing further amendments to the complaint,

10  defendants' request for statutory screening (Doc. 23) of the proposed amended complaints is

11  denied as unnecessary.  The court has already screened the operative pleading – the October 30,

12  2006, first amended complaint – and determined that is appropriate for service on defendants

13  Runnels, Schwarzenegger, and Leslie.  Defendants Runnels and Schwarzenegger have waived

14  service.  Process directed to defendant Leslie has been returned unexecuted.

15        As to defendant Leslie, plaintiff has filed a motion requesting the court to enter

16  default against defendant because he is "hiding" and evading service.  This, however, has not

17  been shown on the existing record.  More to the point, it is plaintiff's responsibility to provide

18  the United States Marshal with enough information to effect service of process.  By separate

19  order issued herewith, the court instructs plaintiff regarding service of defendant Leslie.

20  Because defendant Leslie has not been served, default is not appropriate at this time.  Plaintiff's

21  motion for default judgment (Doc. 25) is denied.

22        Finally, defendants Runnels and Schwarzenegger have requested additional time

23  within which to respond to the first amended complaint.  Good cause appearing therefor, the

24  request will be granted.

25  / / /

26  / / /

1    Accordingly, IT IS HEREBY ORDERED that:

2         1.    Plaintiff's motion for leave to further amend the complaint (Doc. 19) is

3    denied;

4         2.    The proposed amended complaints (Docs. 24 and 20) are stricken;

5         3.    Plaintiff's motion for default judgment against defendant Leslie (Doc. 25)

6    is denied;

7         4.    Defendants' request for statutory screening (Doc. 23) is denied as

8    unnecessary;

9         5.    Defendants' request for an extension of time to respond to the first

10   amended complaint is granted; and

11        6.    Defendants Schwarzenegger and Runnels shall file a response to the first

12   amended complaint within 30 days of the date of this order.

13

14   DATED:   May 24, 2007.

15

16   _____
     **CRAIG M. KELLISON**
17   UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26