# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,  No. CIV S-06-1413-MCE-CMK-P

    Plaintiff,

  vs.  ORDER

RUNNELS, et al.,

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are: (1) plaintiff's "Motion for Default Judgment" filed on May 30, 2007 (Doc. 29); and (2) defendants' request for an extension of time to file a responsive pleading (Doc. 30).

    As to plaintiff's May 30, 2007, motion, plaintiff has not obtained entry of default by the Clerk of the Court, which is a prerequisite for default judgment under Federal Rule of Civil Procedure 55. See Fed. R. Civ. P. 55(a). Therefore, the court construes plaintiff's motion as a request for entry of default. So construed, the request will be denied. Entry of default is appropriate only when it appears "by affidavit or otherwise" that a defendant has failed to plead in response to a complaint. See id. At the time plaintiff filed his motion, the time for defendants

1

to respond to the complaint had not passed. Therefore, it is impossible for the plaintiff to satisfy Rule 55(a). Moreover, as discussed below, defendants have shown good cause for an extension of time to respond to the complaint.

As to defendants' request for an extension of time, defendants have shown good cause for an extension to July 25, 2007. The request, therefore, will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for entry of default (Doc. 29) is denied;
2. Defendants motion for an extension of time (Doc. 30) is granted; and
3. Defendants shall file a responsive pleading by July 25, 2007.

DATED: June 26, 2007.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE