IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

    Plaintiff,                    No. CIV S-06-1413 ALA P

    vs.

RUNNELS, et al.,

    Defendant.                  <u>ORDER</u>

_____/

        Plaintiff Harvey Eugene Larson is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On July 12, 2007, Plaintiff filed a motion requesting entry of default judgment. On August 24, 2007, Plaintiff filed a motion requesting a temporary restraining order and preliminary injunction. The court requests the defendants file a response to plaintiff's filings prior to the court issuing its ruling.

        In view of the above, IT IS HEREBY ORDERED that defendants file a response to the above captioned filings within 35 days of this order.

DATED: August 29, 2007

                                              /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT JUDGE
                                              Sitting by Designation