IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

        Plaintiff,                    No. CIV S-06-01413 ALA P

    vs.

RUNNELS, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Defendants Runnels and Schwarzenegger filed a request for an extension of time to file their response to plaintiff's motion for summary judgment. Good cause appearing, Defendants are granted an additional 30 days, to and including October 10, 2007, to file their responsive pleading

        **IT IS SO ORDERED.**

DATED: September 11, 2007

                                      <u>/s/ Arthur L. Alarcón</u>
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation