IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY EUGENE LARSON, | |
| Plaintiff, | No. CIV S-06-01413 ALA P |
| vs. | |
| RUNNELS, et al., | |
| Defendants. | <u>ORDER</u> |
| _____/ | |

The motion for default judgment is DENIED.

**IT IS SO ORDERED.**

DATED: September 21, 2007

<u>/s/ Arthur L. Alarcón</u><br>
UNITED STATES CIRCUIT JUDGE<br>
Sitting by Designation

1