IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

        Plaintiff,                  No. CIV S-06-01413 ALA P

    vs.

RUNNELS, et al.,

        Defendants.         <u>ORDER</u>

_____/

        The request for reconsideration is DENIED.

        **IT IS SO ORDERED.**

DATED: September 21, 2007

                                    <u>/s/ Arthur L. Alarcón</u>
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation