IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

    Plaintiff,                    No. 2:06-cv-1413 ALA P

    vs.

D.L. RUNNELS, et al.,

    Defendants.          <u>ORDER</u>

_____/

    Plaintiff Harvey Eugene Larson is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. This matter was closed on January 25, 2008. On January 28, 2008, plaintiff filed a motion for default judgment, a motion in limine and a motion for a three judge panel. As this case is closed, these motions will be denied as moot.

    Accordingly, **IT IS HEREBY ORDERED** that:

    1.    Plaintiff's January 28, 2008, motion for default judgment is DENIED;

    2.    Plaintiff's January 28, 2008, motion in limine is DENIED; and

    3.    Plaintiff's January 28, 2008, motion for a three judge panel is DENIED.

/////

DATED: January 30, 2008

                                    /s/ Arthur L. Alarcón
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation

1