IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

       Plaintiff,                    No. 2:06-cv-1413 ALA P

vs.

D.L. RUNNELS, et al.,

       Defendants.                <u>ORDER</u>

_____/

      Plaintiff Harvey Eugene Larson is a state prisoner proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On January 26, 2008, Mr. Larson filed a request to postpone considering the defendants' motion for summary judgment. This matter, however, was closed on January 25, 2008. Therefore, **IT IS HEREBY ORDERED** that Mr. Larson's request is DENIED as moot.

/////

DATED: February 5, 2008

                                      <u>/s/ Arthur L. Alarcón</u>
                                      UNITED STATES CIRCUIT  JUDGE
                                      Sitting by Designation