IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

      Plaintiff,                     No. 2:06-cv-1413 ALA P

    vs.

D.L. RUNNELS, et al.,

      Defendants.              ORDER

_____/

      Plaintiff Harvey Larson is a California state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.  On January 25, 2008, this court granted defendant's motion for summary judgment and closed this matter.  On February 11, 2008, plaintiff filed a request for reconsideration.

      A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b).  *See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc.,* 5 F.3d 1255, 1262 (9th Cir. 1993).  "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Id.* at 1263

      Plaintiff's request presents no argument that there is newly discovered evidence, that the court committed clear error, that the decision was manifestly unjust or that there has been an intervening change in controlling law.  As such, plaintiff's request will be denied.

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's February 11, 2008, request for
2 | reconsideration is DENIED.
3 | /////
4 | DATED: February 13, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation