IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

     Plaintiff,               No. 2:06-cv-1413 ALA P

vs.

D.L. RUNNELS, et al.,

     Defendants.          <u>ORDER</u>

     Plaintiff Harvey Eugene Larson is a state prisoner who is proceeding *pro se* and *in forma pauperis* with a civil rights action pursuant to 42 U.S.C. § 1983. On January 25, 2008, this Court granted Defendants' motion for summary judgment and closed the matter.

     On February 25, 2008, Mr. Larson filed a document entitled "Notice of Appeal and Extension of Time to File Appeal" (Doc. 94). However, the Notice of Appeal was timely filed on February 25, 2008, within 30 days after judgment was entered (Doc. 95). *See* Fed. R. App. P. 4(a) (providing that the notice of appeal "must be filed with the district court clerk within 30 days after the judgment or order appealed from is entered"); Fed. R. App. P. 4(c)(1) (providing that if "an inmate confined in an institution files a notice of appeal . . . the notice is timely if it is deposited in the institution's internal mail system on or before the last day for filing").

     Therefore, to the extent that Mr. Larson is requesting an extension of time to file a notice of appeal, his request is DENIED as moot.

1

1  ///

2  ///

3  DATED: February 28, 2008

4                                         /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
5                                         Sitting by Designation