IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HARVEY EUGENE LARSON,

        Plaintiff,                No. 2:06-cv-01413 ALA (P)

    vs.

RUNNELS, et al.,

        Defendants.        ORDER

_____/

        Plaintiff's December 11, 2008 motion to reopen this matter is DENIED.

/////

DATED: December 16, 2008

                                    /s/ Arthur L. Alarcón
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation